**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:22-cr-00678-SEP |
| ) | |
| DESHAWN EDWARDS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Suppress Statements, Doc. [76], which was referred to United States Magistrate Judge Shirley Padmore Mensah for review pursuant to 28 U.S.C. § 636(b). Having considered Judge Mensah's Report and Recommendation in light of the parties' briefing, Docs. [76], [80], and the transcript of the evidentiary hearing held on June 27, 2024, Doc. [86], and noting that Defendant waived his objections to the R&R, *see* Docs. [87], [92],

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah, Doc. [85], filed August 9, 2024, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress, Doc. [76], is **DENIED.**

**IT IS FINALLY ORDERED** that this matter is set for trial Monday, November 4, 2024, at 9:00 AM.

Dated this 10th day of October, 2024.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE